1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MARIA GARCIA, | No. 2:24-cv-07485-JAK-JPR |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | **[JS6]** |
| KIMLAN PHYLLIS ANTOINE, et al., | |
| Defendants. | |

**JUDGMENT IS HEREBY ENTERED** as follows:

1. Judgment is entered in favor of Plaintiff, Maria Garcia, and against Defendants, Kimlan Phyllis and Leilani Antoine, as Trustee of the Vuong Thi Lan L.A. Family Trust.

2. Defendants shall pay to Plaintiff $6270, which includes $4000 in statutory damages, $1600 in attorney's fees, and $670 in litigation expenses.

3. Defendants shall also provide an accessible parking space at the property located at or about 46645 60th Street West, Lancaster, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

4. No party may seek the award of any additional fees or costs in this action.

**IT IS SO ORDERED.**

Date:  August 20, 2025

_____

John A. Kronstadt

United States District Judge